B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Tile Werks, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**36-4273348** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**226 Greenbay Road**<br>**Highwood, IL**<br>ZIP Code **60040** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information** \*\*\* Paul M. Bach 06209530 \*\*\*
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(1/08)     Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Tile Werks, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>     Signature of Attorney for Debtor(s)      (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br> ☐ Yes, and Exhibit C is attached and made a part of this petition. <br> ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br> ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. <br> If this is a joint petition: <br> ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** <br> (Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. <br> ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. <br> ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) <br><br>      _____ <br>      (Name of landlord that obtained judgment) <br><br>      _____ <br>      (Address of landlord) <br><br> ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and <br> ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. <br> ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Tile Werks, Inc.** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| **Signature of Attorney***  | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X **/s/ Paul M. Bach**<br>Signature of Attorney for Debtor(s)<br>**Paul M. Bach 06209530**<br>Printed Name of Attorney for Debtor(s)<br>**Bach Law Offices**<br>Firm Name<br>**1955 Shermer Road**<br>**Suite 150**<br>**Northbrook, IL 60062**<br>Address<br><br>**Email: paul@bachoffices.com**<br>**(847) 564-0808  Fax: (847) 564-0985**<br>Telephone Number<br>**February 10, 2008**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ Mary Lynn Belmont**<br>Signature of Authorized Individual<br>**Mary Lynn Belmont**<br>Printed Name of Authorized Individual<br>**President**<br>Title of Authorized Individual<br>**February 10, 2008**<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Tile Werks, Inc.**                                          Case No.
                              Debtor(s)                                Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Private Bk and Trust/Shula Investme**<br>**Ten North Dearborn**<br>**Chicago, IL 60602** | **Private Bk and Trust/Shula Investme**<br>**Ten North Dearborn**<br>**Chicago, IL 60602** | **224-226 Greenbay Road, Highwood, IL 60040** | | **584,598.00** |
| **Exotic Marble and Tile, Inc**<br>**c/o Donald C. Battaglia, Esq**<br>**3433 West Sunset Avenue**<br>**Waukegan, IL 60087** | **Exotic Marble and Tile, Inc**<br>**c/o Donald C. Battaglia, Esq**<br>**3433 West Sunset Avenue**<br>**Waukegan, IL 60087** | **224-226 Greenbay Road, Highwood, IL 60040** | | **22,000.00** |
| **Exotic Marble and Tile, Inc**<br>**c/o Donald C. Battaglia, Esq**<br>**3433 West Sunset Avenue**<br>**Waukegan, IL 60087** | **Exotic Marble and Tile, Inc**<br>**c/o Donald C. Battaglia, Esq**<br>**3433 West Sunset Avenue**<br>**Waukegan, IL 60087** | | | **22,000.00** |
| **Italgranite, Inc.**<br>**1216 Capitol Dr**<br>**Addison, IL 60101** | **Italgranite, Inc.**<br>**1216 Capitol Dr**<br>**Addison, IL 60101** | | | **8,747.36** |
| **Capitol One**<br>**PO Box 790217**<br>**Saint Louis, MO 63179** | **Capitol One**<br>**PO Box 790217**<br>**Saint Louis, MO 63179** | | | **5,590.04** |
| **Redas & Des Jardins**<br>**1044 N, Western Ave**<br>**Lake Forest, IL** | **Redas & Des Jardins**<br>**1044 N, Western Ave**<br>**Lake Forest, IL** | | | **3,820.66** |
| **A-American Contractors**<br>**7847 N. Caldwell**<br>**Niles, IL 60714** | **A-American Contractors**<br>**7847 N. Caldwell**<br>**Niles, IL 60714** | | | **2,542.00** |
| **Wiseman, Leader ...**<br>**Attn: Alan Bolnick**<br>**1613 Barclay Blvd** | **Wiseman, Leader ...**<br>**Attn: Alan Bolnick**<br>**1613 Barclay Blvd** | | | **2,500.00** |
| **Surface Group**<br>**201 Lageschulte**<br>**Barrington, IL 60010** | **Surface Group**<br>**201 Lageschulte**<br>**Barrington, IL 60010** | | | **2,015.00** |
| **Stonecrafters, Inc.**<br>**430 W. Wegner Rd**<br>**Mchenry, IL 60050** | **Stonecrafters, Inc.**<br>**430 W. Wegner Rd**<br>**Mchenry, IL 60050** | | | **1,689.00** |
| **Unique Marble and Granite**<br>**4006 Grove Avenue**<br>**Gurnee, IL 60031** | **Unique Marble and Granite**<br>**4006 Grove Avenue**<br>**Gurnee, IL 60031** | | | **1,669.00** |

In re  **Tile Werks, Inc.**                                                                                    Case No.

                                                  Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Handi Werks, Inc<br>226 Greenbay Rd<br>Highwood, IL 60040** | **Handi Werks, Inc<br>226 Greenbay Rd<br>Highwood, IL 60040** | | | **1,597.00** |
| **R.H. Donnely<br>8519 Innovation Way<br>Chicago, IL 60682** | **R.H. Donnely<br>8519 Innovation Way<br>Chicago, IL 60682** | | | **1,272.00** |
| **Ceramic Tile Trends<br>3251 Oradell Lane<br>Dallas, TX** | **Ceramic Tile Trends<br>3251 Oradell Lane<br>Dallas, TX** | | | **1,167.75** |
| **Citgo<br>PO Box 2224<br>Birmingham, AL 35246** | **Citgo<br>PO Box 2224<br>Birmingham, AL 35246** | | | **1,010.04** |
| **Stonetech Professional<br>PO Box 2285<br>Carol Stream, IL 60132** | **Stonetech Professional<br>PO Box 2285<br>Carol Stream, IL 60132** | | | **753.69** |
| **Berland House of<br>20254 N. Rand Rd<br>Palatine, IL 60074** | **Berland House of<br>20254 N. Rand Rd<br>Palatine, IL 60074** | | | **685.43** |
| **Country Insurance<br>3413 N. Arlington Heights Rd<br>Arlington Heights, IL 60004** | **Country Insurance<br>3413 N. Arlington Heights Rd<br>Arlington Heights, IL 60004** | | | **677.19** |
| **Peak Plumbing<br>3894 Grove Avenue<br>Gurnee, IL 60031** | **Peak Plumbing<br>3894 Grove Avenue<br>Gurnee, IL 60031** | | | **650.00** |
| **UPS<br>Lock Box 577<br>Carol Stream, IL 60132** | **UPS<br>Lock Box 577<br>Carol Stream, IL 60132** | | | **638.42** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **February 10, 2008**                          Signature  **/s/ Mary Lynn Belmont**
                                                                **Mary Lynn Belmont**
                                                                **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Tile Werks, Inc.**,  
        Debtor

Case No. _____

Chapter   **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mary Lynn Belmont**<br>**371 Ravine Park Drive**<br>**Lake Forest, IL 60045** | **Common** | **502** | |
| **Morgan Belmont**<br>**371 Ravine Park Drive**<br>**Lake Forest, IL 60045** | **Common** | **248** | |
| **Tyler Belmont**<br>**371 Ravine Park Drive**<br>**Lake Forest, IL 60045** | **Common** | **250** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **February 10, 2008**                        Signature **/s/ Mary Lynn Belmont**  
                                                                        **Mary Lynn Belmont**  
                                                                        **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C §§  152 and 3571.

**0**   continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Tile Werks, Inc.**                                              Case No.
                                      Debtor(s)                          Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **70**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **February 10, 2008**          **/s/ Mary Lynn Belmont**
                                      **Mary Lynn Belmont**/**President**
                                      Signer/Title

A-American Contractors
7847 N. Caldwell
Niles, IL 60714


All Tile, Inc
1201 Chase Avenue
Elk Grove Village, IL 60007


American Express
PO Box 360002
Fort Lauderdale, FL 33336


American International
850 Pratt Blvd
Elk Grove Village, IL 60007


American Marketing
PO Box 801
Dekalb, IL 60115


Appomattox Tile Art
113 W. Bank Street
Petersburg, VA 23803


Architechtural Digest
PO Box 37638
Boone, IA 50037


Bank of America
P.O. Box 15710
Wilmington, DE 19886-5710


Berland House of
20254 N. Rand Rd
Palatine, IL 60074


Bisazza North America
PO Box 406632
Atlanta, GA 30384


Capitol One
PO Box 790217
Saint Louis, MO 63179

Central Transport


Ceramic Tile Trends
3251 Oradell Lane
Dallas, TX


Chicago Botanical Center
1000 Lake Cook Rd
Glencoe, IL 60022


Childress Duffy...
515 N. State Street, Suite 2200
Chicago, IL 60610


CIT Technology
21146 Network Place
Chicago, IL 60673


Citgo
PO Box 2224
Birmingham, AL 35246


Citi Cards
PO Box 6415
The Lakes, NV 88901


CMIT Solutions
1401 Woodhill Lane
Lake Forest, IL


Costco
PO Box 34783
Seattle, WA


Country Insurance
3413 N. Arlington Heights Rd
Arlington Heights, IL 60004


Dal Tile
1601 Pratt
Elk Grove Village, IL 60007

David S. Gilfand
520 Lake Cook Rd
Northbrook, IL 60062


Deutsch, Levy & Engel, Chartered
225 W. Washington St
Suite 1700
Chicago, IL 60606


Diambri & Caravello
300 Greenbay Rd
Highwood, IL 60040


Elle Decor
PO Box 55850
Boulder, CO 80322


Exotic Marble and Tile, Inc
c/o Donald C. Battaglia, Esq
3433 West Sunset Avenue
Waukegan, IL 60087


Fire and Security Systems
724 E. Kensington Rd
Arlington Heights, IL 60004


Glastile
1109 Coliseum Blvd
Greensboro, NC 27403


Group III Builders
226 Greenbay Rd
Highwood, IL 60040


Handi Werks, Inc
226 Greenbay Rd
Highwood, IL 60040


Hastings
30 Commercial Street
Freeport, NY 11520


HDI Company Store

```
House and Garden
PO Box 37623
Boone, IA 50037


House Beautiful
PO Box 7171
Red Oak, IA 51591


Interlync Internet Systems
PO Box 866
Dundee, IL 60118


International Ceramics
Attn: Andy Knowles
850 N. Central Ave


Italgranite, Inc.
1216 Capitol Dr
Addison, IL 60101


Keyth Technologies
1575 Oakwood Ave
Highland Park, IL 60035


M&S Imports, Ltd
2500 Touhy Avenue
Elk Grove Village, IL 60007


Manning Silverman
175 Old Half Day Rd, Suite 290
Lincolnshire, IL


Marin Designworks
2661 Gravenstein Highway South
Suite G


Martha Stewart Living
PO Box 60810
Tampa, FL 33660


Metropolitan Home
PO Box 54542
Boulder, CO 80322
```

```
Mid  America
1650 Howard
Elk Grove Village, IL 60007


Monster.Com
11845 W. Olympic Blvd, Suite 500
Los Angeles, CA


Mutual Services
1393 Half Day Rd
Highland Park, IL 60035


North Shore Sanitary
PO Box 750
Gurnee, IL 60031


Peak Plumbing
3894 Grove Avenue
Gurnee, IL 60031


Pioneer Press
3701 W. Lake St
Glenview, IL 60025


Private Bk and Trust/Shula Investme
Ten North Dearborn
Chicago, IL 60602


Quill
PO Box 37600
Philadelphia, PA 19101


R.H. Donnely
8519 Innovation Way
Chicago, IL 60682


Redas & Des Jardins
1044 N, Western Ave
Lake Forest, IL


Southern Accents
```

```
Southern Living
Box 8300009
Birmingham, AL 35283


Sprovieri's Custom
55 Laura Dr
Addison, IL 60101


Stone-Care Services
3437 Dempster
Skokie, IL 60076


Stonecrafters, Inc.
430 W. Wegner Rd
Mchenry, IL 60050


Stonetech Professional
PO Box 2285
Carol Stream, IL 60132


Surface Group
201 Lageschulte
Barrington, IL 60010


Swansons Blossoms
814 N. Waukegan Rd
Deerfield, IL 60015


Terra Bella
161 Victory Boulevard
New Rochelle, NY 10804


Traditional Home



Unique Marble and Granite
4006 Grove Avenue
Gurnee, IL 60031


UPS
Lock Box 577
Carol Stream, IL 60132
```

```
Veranda Magazine
PO Box 7162
Red Oak, IA 51591


Wholesale Tile
1902 Flager St
Tampa, FL 33605


Wiseman, Leader ...
Attn: Alan Bolnick
1613 Barclay Blvd


Yellow Pages, USA
2255 Gladse Road, #324A
Boca Raton, FL 33431
```

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Tile Werks, Inc.**                                                      Case No.
                              Debtor(s)                                          Chapter  **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Tile Werks, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 10, 2008**                              **/s/ Paul M. Bach**
Date                                              **Paul M. Bach 06209530**
                                                  Signature of Attorney or Litigant
                                                  Counsel for  **Tile Werks, Inc.**
                                                  **Bach Law Offices**
                                                  **1955 Shermer Road**
                                                  **Suite 150**
                                                  **Northbrook, IL 60062**
                                                  **(847) 564-0808 Fax:(847) 564-0985**
                                                  **paul@bachoffices.com**